1
2
3
4
5

6            UNITED STATES DISTRICT COURT
7           SOUTHERN DISTRICT OF CALIFORNIA
8

9   UNITED STATES OF AMERICA,              Case No.:  22cr592

10                        Plaintiff,       **ORDER CONTINUING MOTION**
                                           **HEARING/TRIAL SETTING**
11   v.

12   BARBARA VILLASENOR RAMIREZ,

13                        Defendant.

14

15        On March 31, 2022, the parties filed a Joint Motion to Continue the Motion

16   Hearing/Trial Setting currently set for April 8, 2022, to May 13, 2022.  For good cause

17   appearing, the Court GRANTS the joint motion to continue [Dkt. 14] and sets the Motion

18   Hearing/Trial Setting on May 13, 2022, at 1:30 p.m.

19        For the reasons set forth in the joint motion, the Court finds that the ends of justice

20   will be served by granting the requested continuance, and these outweigh the interests of

21   the public and the defendant in a speedy trial.  Accordingly, the delay occasioned by this

22   continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

23   //

24   //

25   //

26   //

27   //

28   //

Further, on March 30, 2022, Defendant filed a pretrial motion that remains pending. Accordingly, the Court finds that time from March 30, 2022, to May 13, 2022, shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is pending.   18 U.S.C. § 3161(h)(1)(D).

IT IS SO ORDERED.

Dated: _____

_____
Hon. Jinsook Ohta
UNITED STATES DISTRICT JUDGE

22cr592